**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. BRUZZONE,

    Plaintiff,

  v.

INTEL CORPORATION, WILLIAM FAULKNER, JAMES MCMANIS, WILLIAM ALSUP,

    Defendants.

No. C 16-80111 WHA

**ORDER OF RECUSAL AND FOR REASSIGNMENT**

Michael Bruzzone was declared a vexatious litigant in 2014. *Bruzzone v. Intel Corporation*, No. 14-01279, 2014 WL 4090470, at *8 (N.D. Cal. Aug. 19, 2014). The order declaring Bruzzone a vexatious litigant subjected Bruzzone's further complaints in this district to pre-filing review by the undersigned judge. Bruzzone has filed a new complaint naming the undersigned judge as a defendant. Accordingly, the undersigned judge recuses himself from reviewing the complaint. *See* 28 U.S.C. 455(b)(5). The Clerk shall please reassign this matter to the general duty judge for pre-filing review of Bruzzone's complaint.

**IT IS SO ORDERED.**

Dated: May 24, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE