UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE,<br><br>            Plaintiff,<br><br>       v.<br><br>INTEL CORPORATION LEGAL DEPARTMENT, et al.,<br><br>            Defendants. | Case No. 16-mc-80111-RS<br><br>**ORDER VACATING PRIOR ORDER AND FOR REASSIGNMENT** |

    Plaintiff in this action is subject to a pre-filing review order. This case file was opened on May 19, 2016, when plaintiff filed a motion for leave to file a new civil complaint against the named defendants. The matter was assigned to the undersigned, who issued an order directing the Clerk not to accept the complaint for filing and dismissing the action.

    In Case No. 16-mc-80103 plaintiff has now filed an "Affidavite" [sic] and "Certificate of Good Faith," in which he seeks recusal of the undersigned in both that case and this one. An order has issued in Case No. 16-mc-80103 denying the motion for recusal in that case for reasons explained in the order.

    The grounds on which plaintiff seeks recusal in this action are not entirely clear, but appear to include (1) the undersigned's stock ownership in Intel Corporation; (2) the undersigned's former association with Morrison & Foerster, a law firm that purportedly has represented Intel, and with which the judge named as a defendant in the proposed complaint was also once associated, and; (3) the ruling issued in this case.

Neither the undersigned's former association with Morrison & Foerster nor the ruling issued in this case presents a basis for recusal. As the proposed complaint seeks to assert claims against Intel Corporation and/or its "legal department," however, the undersigned's stock ownership in Intel presents a basis for automatic recusal. That the matter was assigned to, and was acted on by, the undersigned occurred through administrative error. Accordingly, the order rejecting the complaint and dismissing the case filed on May 24, 2016 (Dkt. No. 6) is hereby VACATED. The matter shall be assigned to a new judge for purposes of considering and ruling on the motion for leave to file the proposed complaint.

**IT IS SO ORDERED**.

Dated: June 7, 2016

_____
RICHARD SEEBORG
United States District Judge