UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE,<br><br>  Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION LEGAL DEPARTMENT, et al.,<br><br>  Defendants. | Case No. 16-mc-80111-EMC<br><br>**ORDER REJECTING COMPLAINT AND DISMISSING CASE** |

Pursuant to Judge Alsup's order in *Bruzzone v. Intel Corp.*, No. C-14-1279 WHA (N.D. Cal.) (Docket No. 88), the Court is required to conduct a pre-filing review of the proposed complaint submitted by Plaintiff.[1]

Having reviewed that proposed complaint, the Court concludes that it does not state a potentially cognizable claim. Accordingly, the Clerk of the Court is instructed not to accept the proposed complaint for filing, and this action is dismissed.

**IT IS SO ORDERED**.

Dated: June 8, 2016

_____
EDWARD M. CHEN
United States District Judge

---

[1] The matter was initially assigned to Judge Alsup, who recused himself because Plaintiff named Judge Alsup as a defendant. Subsequently, Judge Seeborg was assigned the matter but he also recused himself.